UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
　　IN THE MATTER OF ASSIGNMENTS

　　　　　　　TO  THE　　　　　　　　　　　　　NOTICE OF ASSIGNMENTS

　　HONORABLE JED S. RAKOFF (JSR)

-----------------------------------------X

　　The following cases are to be assigned to the calendar of the Honorable JED S. RAKOFF (JSR)

　　　　12 CV 3399　　　　　12 CV 3402
　　　　12 CV 3400　　　　　12 CV 3404
　　　　12 CV 3401

　　****RELATED TO 11 CV 8491****
　　****DESIGNATED MAG. JUDGE HENRY B. PITMAN****
　　The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Assignment on all defendants.

Dated: 05/21/2012

　　　　　　　　　　　　　　　　　　　　　Ruby J. Krajick, CLERK

　　　　　　　　　　　　　　　　　　PHYLLIS ADAMIK
　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: Attorneys of Record